In the Matter of the Final Judicial Settlement of the Account of SOL SOLOMON and BERNIE F. LEMPERT, as Executors, etc., of JULIUS H. LEMPERT, Deceased.— Decree and order reversed on the facts and a rehearing granted, with costs to appellant to abide the event, payable out of the estate. Because of the confusion of the record due to the informality of certain of the hearings, we are not entirely satisfied with the conclusion reached by the surrogate upon the facts, and what the result upon the evidence should be, is a question of doubt. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

FRANK TRAUFLER, Respondent, v. KENDALL REFINING COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ANNA M. TRAUFLER, Respondent, v. KENDALL REFINING COMPANY, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Claim of JULIA A. COTTER, Respondent, against THE ESTATE OF WILLIAM E. DIGNAN, Deceased, Appellant.— Decree reversed and matter remitted to the Surrogate's Court for further proceedings, with costs to the appellant to abide the event, on the ground that the claimant was incompetent to testify under section 347 of the Civil Practice Act, as to the amount previously paid her by the testator, without which there is no basis upon which to determine the value of any services rendered, and further on the ground that she was incompetent to testify under the section mentioned as to her work being performed for the testator, as to data received from the testator, as to his handwriting, as to his making up bills which claimant copied and as to payments not having been made by the testator for her service. (*Griswold* v. *Hart*, 205 N. Y. 384; *Matter of Kelly*, 238 id. 71; *McCarthy* v. *Woolston*, 210 App. Div. 152; *Walize* v. *Morton*, 219 id. 632.) All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

GIBBONS & STONE, INC., Respondent, v. EDITH K. GARTNER, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.